IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 16-01423-TUC-JAS (JR) |
| Plaintiff, | **ORDER** |
| vs. | |
| Lejon T. Brown, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Jacqueline M. Rateau. In the Report and Recommendation, Magistrate Judge Rateau recommends the the District Court DENY Defendant Brown's Motion to Suppress Evidence Due to Illegal Checkpoint, (Doc. 92). As the Court finds that the Report and Recommendation appropriately resolved the Defendant Brown's Motion to Suppress Evidence Due to Illegal Checkpoint, (Doc. 92), the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 119) is accepted and adopted.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1 (2) Defendant Brown's Motion to Suppress Evidence Due to Illegal Checkpoint, (Doc.
2 92), is denied.
3    DATED this 13th day of December, 2017.

_____
James A. Soto
United States District Judge